**Mississippi Electronic Courts**
**Second Circuit Court District of Mississippi (Hancock Circuit Court)**
**CIVIL DOCKET FOR CASE #: 23CI1:23-cv-00119**

| | |
|---|---|
| WHEAT v. NATIONAL GENERAL INSURANCE COMPANY | Date Filed: 07/21/2023 |
| Assigned to: Judge Lawrence P. Bourgeois, Jr | Current Days Pending: 3 |
| | Total Case Age: 3 |
| **Upcoming Settings:** | Jury Demand: None |
| | Nature of Suit: Negligence - Motor Vehicle (182) |
| None Found | |

**Plaintiff**
**NICOLE L WHEAT**

represented by **Lauren Elizabeth Cavalier**
Dudley DeBosier
1075 Government St.
70802
BATON ROUGE, LA 70802
225-478-4242
Fax: 225-478-4292
Email: lcavalier@dudleydebosier.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**NATIONAL GENERAL INSURANCE COMPANY**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2023 | 1 | Civil Cover Sheet. (Shiyou, Jason) (Entered: 07/21/2023) |
| 07/21/2023 | 2 | COMPLAINT against NATIONAL GENERAL INSURANCE COMPANY, filed by NICOLE L WHEAT. (Shiyou, Jason) (Entered: 07/21/2023) |
| 07/21/2023 | 3 | SUMMONS Issued to PLAINTIFF FOR PROCESS ON NATIONAL GENERAL INSURANCE COMPANY. (Shiyou, Jason) (Entered: 07/21/2023) |

| MEC Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 07/24/2023 09:20:58 | | |
| You will be charged $0.20 per page to view or print documents. | | |
| MEC Login: | wg100051M | Client Code: | 6755-518 |
| Description: | Docket Report | Search Criteria: | 23CI1:23-cv-00119 |
| Billable Pages: | 1 | Cost: | 0.20 |

| COVER SHEET | Court Identification Docket # | Case Year | Docket Number |
|---|---|---|---|
| **Civil Case Filing Form** *(To be completed by Attorney/Party Prior to Filing of Pleading)* | 2 3  C I / County #  Judicial  Court ID  District  (CH, CI, CO)  0 7 2 1 2 3  Month  Date  Year | 2 0 2 3 | C 0 1 1 9  **Local Docket ID** |
| Mississippi Supreme Court    Form AOC/01 Administrative Office of Courts    (Rev 2020) | This area to be completed by clerk | | Case Number if filed prior to 1/1/94 |

| In the CIRCUIT | Court of HANCOCK | County — | Judicial District |
|---|---|---|---|

**Origin of Suit (Place an "X" in one box only)**

[X] Initial Filing  [ ] Reinstated  [ ] Foreign Judgment Enrolled  [ ] Transfer from Other court  [ ] Other
[ ] Remanded  [ ] Reopened  [ ] Joining Suit/Action  [ ] Appeal

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

**Individual** Wheat _____ Nicole _____ L
　　　　　　Last Name　　　　　　　　First Name　　　　　Maiden Name, if applicable　　M.I.　　Jr/Sr/III/IV

___ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
　Estate of _____
___ Check ( x ) if Individual Planitiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
　D/B/A or Agency _____

**Business** _____

　　Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check ( x ) if Business Planitiff is filing suit in the name of an entity other than the above, and enter below:
　D/B/A _____

**Address of Plaintiff** 1075 Government St., Baton Rouge, Louisiana 70802

**Attorney (Name & Address)** _____　　　　　　　　　　　　　　　　　　MS Bar No. 15144
___ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
　Signature of Individual Filing: _____

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

**Individual** _____
　　　　　　Last Name　　　　　　　　First Name　　　　　Maiden Name, if applicable　　M.I.　　Jr/Sr/III/IV

___ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
　Estate of _____
___ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
　D/B/A or Agency _____

**Business** National General Insurance Company
　　Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
　D/B/A _____

**Attorney (Name & Address) - If Known** Unknown　　　　　　　　　　　　　MS Bar No. n/a

___ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit (Place an "X" in one box only)**

| Domestic Relations | Business/Commercial |
|---|---|
| [ ] Child Custody/Visitation | [ ] Accounting (Business) |
| [ ] Child Support | [ ] Business Dissolution |
| [ ] Contempt | [ ] Debt Collection |
| [ ] Divorce:Fault | [ ] Employment |
| [ ] Divorce: Irreconcilable Diff. | [ ] Foreign Judgment |
| [ ] Domestic Abuse | [ ] Garnishment |
| [ ] Emancipation | [ ] Replevin |
| [ ] Modification | [ ] Other _____ |
| [ ] Paternity | Probate |
| [ ] Property Division | [ ] Accounting (Probate) |
| [ ] Separate Maintenance | [ ] Birth Certificate Correction |
| [ ] Term. of Parental Rights-Chancery | [ ] Mental Health Commitment |
| [ ] UIFSA (eff 7/1/97; formerly URESA) | [ ] Conservatorship |
| [ ] Other _____ | [ ] Guardianship |
| Appeals | [ ] Joint Conservatorship & Guardianship |
| [ ] Administrative Agency | [ ] Heirship |
| [ ] County Court | [ ] Intestate Estate |
| [ ] Hardship Petition (Driver License) | [ ] Minor's Settlement |
| [ ] Justice Court | [ ] Muniment of Title |
| [ ] MS Dept Employment Security | [ ] Name Change |
| [ ] Municipal Court | [ ] Testate Estate |
| [ ] Other _____ | [ ] Will Contest |
| | [ ] Alcohol/Drug Commitment (involuntary) |

[ ] Alcohol/Drug Commitment (voluntary)
[ ] Other

| Children/Minors - Non-Domestic |
|---|
| [ ] Adoption - Contested |
| [ ] Adoption - Uncontested |
| [ ] Consent to Abortion |
| [ ] Minor Removal of Minority |
| [ ] Other _____ |
| Civil Rights |
| [ ] Elections |
| [ ] Expungement |
| [ ] Habeas Corpus |
| [ ] Post Conviction Relief/Prisoner |
| [ ] Other _____ |
| Contract |
| [ ] Breach of Contract |
| [ ] Installment Contract |
| [ ] Insurance |
| [ ] Specific Performance |
| [ ] Other _____ |
| Statutes/Rules |
| [ ] Bond Validation |
| [ ] Civil Forfeiture |
| [ ] Declaratory Judgment |
| [ ] Injunction or Restraining Order |
| [ ] Other _____ |

| Real Property |
|---|
| [ ] Adverse Possession |
| [ ] Ejectment |
| [ ] Eminent Domain |
| [ ] Eviction |
| [ ] Judicial Foreclosure |
| [ ] Lien Assertion |
| [ ] Partition |
| [ ] Tax Sale: Confirm/Cancel |
| [ ] Title Boundary or Easement |
| [ ] Other _____ |
| Torts |
| [ ] Bad Faith |
| [ ] Fraud |
| [ ] Intentional Tort |
| [ ] Loss of Consortium |
| [ ] Malpractice - Legal |
| [ ] Malpractice - Medical |
| [ ] Mass Tort |
| [ ] Negligence - General |
| [ ] Negligence - Motor Vehicle |
| [ ] Premises Liability |
| [ ] Product Liability |
| [ ] Subrogation |
| [ ] Wrongful Death |
| [ ] Other _____ |

| **COVER SHEET** | Court Identification Docket # | | Case Year | Docket Number |
|---|---|---|---|---|

**Civil Case Filing Form**
(To be completed by Attorney/Party
Prior to Filing of Pleading)

County #    Judicial    Court ID
            District    (CH, CI, CO)

Local Docket ID

Mississippi Supreme Court          Form AOC/01
Administrative Office of Courts     (Rev 2020)

Month    Date    Year
This area to be completed by clerk

Case Number if filed prior to 1/1/94

In the CIRCUIT          Court of HANCOCK          County —          Judicial District

**Origin of Suit (Place an "X" in one box only)**

[X] Initial Filing      ☐ Reinstated      ☐ Foreign Judgment Enrolled      ☐ Transfer from Other court      ☐ Other
☐ Remanded             ☐ Reopened        ☐ Joining Suit/Action             ☐ Appeal

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

Individual Wheat                    Nicole                      L

          Last Name                First Name          Maiden Name, if applicable          M.I.          Jr/Sr/III/IV

____ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
     Estate of

____ Check ( x ) if Individual Planitiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity.
     D/B/A or Agency

**Business**

          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
____ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
     D/B/A

**Address of Plaintiff** 1075 Government St., Baton Rouge, Louisiana 70802

**Attorney (Name & Address)**                    MS Bar No. 15144

____ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney

Signature of Individual Filing:

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

Individual

          Last Name                First Name          Maiden Name, if applicable          M.I.          Jr/Sr/III/IV

____ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
     Estate of

____ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
     D/B/A or Agency

**Business** National General Insurance Company
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
____ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
     D/B/A

**Attorney (Name & Address) - If Known** Unknown                    MS Bar No. n/a

____ Check ( x ) if child support is contemplated as an issue in this suit.*
*if checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit (Place an "X" in one box only)**

| Domestic Relations | Business/Commercial | Children/Minors - Non-Domestic | Real Property |
|---|---|---|---|
| ☐ Child Custody/Visitation | ☐ Accounting (Business) | ☐ Adoption - Contested | ☐ Adverse Possession |
| ☐ Child Support | ☐ Business Dissolution | ☐ Adoption - Uncontested | ☐ Ejectment |
| ☐ Contempt | ☐ Debt Collection | ☐ Consent to Abortion | ☐ Eminent Domain |
| ☐ Divorce:Fault | ☐ Employment | ☐ Minor Removal of Minority | ☐ Eviction |
| ☐ Divorce: Irreconcilable Diff. | ☐ Foreign Judgment | ☐ Other | ☐ Judicial Foreclosure |
| ☐ Domestic Abuse | ☐ Garnishment | **Civil Rights** | ☐ Lien Assertion |
| ☐ Emancipation | ☐ Replevin | ☐ Elections | ☐ Partition |
| ☐ Modification | ☐ Other | ☐ Expungement | ☐ Tax Sale: Confirm/Cancel |
| ☐ Paternity | **Probate** | ☐ Habeas Corpus | ☐ Title Boundary or Easement |
| ☐ Property Division | ☐ Accounting (Probate) | ☐ Post Conviction Relief/Prisoner | ☐ Other |
| ☐ Separate Maintenance | ☐ Birth Certificate Correction | ☐ Other | **Torts** |
| ☐ Term. of Parental Rights-Chancery | ☐ Mental Health Commitment | **Contract** | ☐ Bad Faith |
| ☐ UIFSA (eff 7/1/97; formerly URESA) | ☐ Conservatorship | ☐ Breach of Contract | ☐ Fraud |
| ☐ Other | ☐ Guardianship | ☐ Installment Contract | ☐ Intentional Tort |
| **Appeals** | ☐ Joint Conservatorship & Guardianship | ☐ Insurance | ☐ Loss of Consortium |
| ☐ Administrative Agency | ☐ Heirship | ☐ Specific Performance | ☐ Malpractice - Legal |
| ☐ County Court | ☐ Intestate Estate | ☐ Other | ☐ Malpractice - Medical |
| ☐ Hardship Petition (Driver License) | ☐ Minor's Settlement | **Statutes/Rules** | ☐ Mass Tort |
| ☐ Justice Court | ☐ Muniment of Title | ☐ Bond Validation | ☐ Negligence - General |
| ☐ MS Dept Employment Security | ☐ Name Change | ☐ Civil Forfeiture | [X] Negligence - Motor Vehicle |
| ☐ Municipal Court | ☐ Testate Estate | ☐ Declaratory Judgment | ☐ Premises Liability |
| ☐ Other | ☐ Will Contest | ☐ Injunction or Restraining Order | ☐ Product Liability |
| | ☐ Alcohol/Drug Commitment (Probate) | ☐ Other | ☐ Subrogation |
| | | | ☐ Wrongful Death |
| | | | ☐ Other |

☐ Alcohol/Drug Commitment (Involuntary)
☐ Other

## Jason Shiyou

| | |
|---|---|
| **From:** | Lauren Cavalier <lcavalier@dudleydebosier.com> |
| **Sent:** | Friday, July 21, 2023 2:01 PM |
| **To:** | Jason Shiyou |
| **Subject:** | Automatic reply: CIVIL COVER SHEET |

### ***CAUTION EXTERNAL EMAIL***

Please do not click links or open attachments unless you recognize the sender and know the content is safe. **NEVER** input any personal information, usernames, or passwords from sources you can't verify.

I am on maternity leave through mid-October. I will have limited access to email. Please contact my assistant, Lidya Vidot, at lvidot@dudleydebosier.com or 225-478-4244.



**LAURENE. CAVALIER,** Attorney
(225) 478-4242 Direct Dial
(225) 478-4292 Facsimile
LCavalier@DudleyDeBosier.com
**LIDYA VIDOT,** Assistant
(225) 239-7243 Direct Dial
(225) 239-7293 Facsimile
lvidot@DudleyDeBosier.com

**DUDLEY DEBOSIER**
INJURY LAWYERS

BATON ROUGE
NEW ORLEANS
SHREVEPORT
LAFAYETTE
DENHAM SPRINGS

1075 Government Street
Baton Rouge, Louisiana 70802

**July 10, 2023**

**VIA CERTIFIED MAIL**

9402611898765419769208

Hancock County Circuit Clerk
152 Main St., Ste. B
Bay St, Louis, MS 39520

**RE:** Nicole Wheat
**NEW COMPLAINT**

Dear Clerk of Court:

Please find enclosed herewith the original and one (1) copy of the Complaint, as well as one (1) Summons in regard to the above referenced matter.

Furthermore, please file the original(s) into the record and return for Defendant, **National General Insurance Company,** a stamped filed copy of the Complaint and the Summons via first-class mail in the self-addressed envelope being provided for your convenience.

Per your request, please find enclosed herewith, our firm check no. 473088 in the amount of $161.00 in payment of filing and service fees.

Thank you for your assistance in this matter. If you should have any questions, please do not hesitate to contact me.

Sincerely,

Lauren E. Cavalier

FILED

JUL 2 1 2023

KENDRA NECAISE
CIRCUIT CLERK, HANCOCK CO.
BY_____ D.C.

LEC/lv
**Enclosures**

www.dudleydebosier.com

## IN THE CIRCUIT COURT OF
## HANCOCK COUNTY, MISSISSIPPI

**NICOLE L. WHEAT**                                                                            **PLAINTIFF**

**VS.**                                                                     **CIVIL ACTION NO.** 23-0119

**NATIONAL GENERAL INSURANCE COMPANY**                                          **DEFENDANT**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### COMPLAINT FOR DAMAGES

#### Trial by Jury Requested

Comes now the Plaintiff, NICOLE L. WHEAT, and files this complaint against the Defendant, NATIONAL GENERAL INSURANCE COMPANY, would respectfully show unto the Court the following facts to-wit:

### PARTIES

1.      Plaintiff, NICOLE L. WHEAT, is an adult resident citizen of Pearl River County, Mississippi.

2.      Defendant, NATIONAL GENERAL INSURANCE COMPANY, is a foreign insurance company, authorized to do and doing business in the State of Mississippi, with its agent for service of process being United States Corporation Company, 109 Executive Drive, Suite 3, Madison, MS 39110-8497.

### JURISDICTION AND VENUE

3.      Jurisdiction and venue are proper in Hancock County Circuit Court, which has *in personam* jurisdiction over Defendant because the negligent acts and omissions of Defendant were committed in whole or in part in the State of Mississippi.

4.      Venue is proper in Hancock County, Mississippi, pursuant to Miss. Code Ann. §11-11-3 because a substantial event that caused the Plaintiff's injury occurred in Hancock County.

1

## FACTS

5.    On March 26, 2021, Plaintiff, NICOLE L. WHEAT, was the driver of an automobile travelling north on MS Hwy 607 in the right lane, in Rural Hancock, Hancock County, Mississippi.

6.    At approximately the same time, Angel R. Sales was operating an automobile travelling east across MS Hwy 607 in Rural Hancock, Hancock County, Mississippi, attempting to merge onto MS Hwy 607 northbound.

7.    Angel R. Sales suddenly, carelessly, recklessly, negligently, and without warning failed to yield the right of way of Plaintiff and collided with the driver's side of Plaintiff's vehicle causing Plaintiff's vehicle to leave the roadway.

8.    As a direct proximate result of the careless, reckless, and negligent acts of Angel R. Sales, the Plaintiff suffered injuries to her person and property, and other damages.

9.    Plaintiff, NICOLE L. WHEAT, would show that she suffered injuries to her neck, back, right shoulder, right lower extremities, a tooth, and left wrist.

10.    At the time of the collision described above, Angel R. Sales, was underinsured.

11.    At the time of the collision described above, Defendant, NATIONAL GENERAL INSURANCE COMPANY, insured the Plaintiff against damages and losses caused by the actions of underinsured motorists, such as Angel R. Sales.

12.    Underinsured motorist policy of insurance issued by Defendant, NATIONAL GENERAL INSURANCE COMPANY, applies to this incident and provides underinsured motorists coverage to Plaintiff.

2

13. Plaintiff hereby incorporates herein and pleads all rights and remedies and applicable provisions of NATIONAL GENERAL INSURANCE COMPANY policy which provides coverage and benefits for the losses described above.

14. NATIONAL GENERAL INSURANCE COMPANY consented to the Plaintiff's settlement with the liability carrier insuring Angel R. Sales.

15. The coverage of the underlying liability carrier for Angel R. Sales was insufficient to cover the damages suffered by Plaintiff, NICOLE L. WHEAT.

16. On December 12, 2022, Plaintiff provided complete satisfactory proof of loss to NATIONAL GENERAL INSURANCE COMPANY, which showed that her damages exceeded the amount of coverage provided under all insurance coverage, entitling her to the full tender of the medical payments and underinsured motorist coverage limits in the NATIONAL GENERAL INSURANCE COMPANY policy.

17. On December 12, 2022, Plaintiff sent her demand for policy limits to NATIONAL GENERAL INSURANCE COMPANY.

18. On March 1, 2023, NATIONAL GENERAL INSURANCE COMPANY offered a settlement for $36,588.00 in exchange for a full and final release of the claim. *See attached hereto Exhibit A.*

19. On March 9, 2023, NATIONAL GENERAL INSURANCE COMPANY advised Plaintiff that in evaluating its claim, it would not consider future medical treatment, which was recommended by her treating physician. *See attached hereto Exhibit B.*

20. On March 15, 2023, NATIONAL GENERAL INSURANCE COMPANY tendered a settlement offer for $44,328.00, noting that while it took future medical treatment into

3

consideration in its evaluation, it questioned the reasonableness and necessity of future treatment. *See attached hereto Exhibit B.*

21.    On March 19, 2023, Plaintiff again demanded policy limits and informed NATIONAL GENERAL INSURANCE COMPANY that it was in bad faith for offering $36,586.00, an amount that failed to consider future treatment, then subsequently tendering a settlement offer for $44,328.00, stating it was the undisputed amount the claim was worth, and further that NATIONAL GENERAL INSURANCE COMPANY was in bad faith for questioning the reasonableness and necessity of future treatment with no basis. *See attached hereto Exhibit B.*

## NEGLIGENCE OF DRIVER ANGEL R. SALES

22.    In addition to the above-mentioned acts of negligence, this wreck was caused by one or more of the following acts of gross and reckless negligence on the part of Angel R. Sales:

a.    By failing to keep and maintain a proper lookout;

b.    By failing to yield the right of way of Plaintiff;

c.    By failing to keep and maintain her vehicle under free and easy control;

d.    By operating a vehicle in a manner as to indicate a willful and wanton disregard for the safety of others;

e.    By losing control of a vehicle causing it to collide with the driver's side of Plaintiff's vehicle;

f.    By driving the vehicle into the side of Plaintiff's vehicle;

g.    By failing to comply with the Federal Motor Carrier Safety Regulations and Mississippi Traffic Regulations and Rules of the Road;

h.    By driving while distracted;

4

     i.     By violating Mississippi Code Annotated section 63-3-1213 for careless driving;

     j.     By violating Mississippi Code Annotated section 63-3-805 for failing to stop and yield the right-of-way of Plaintiff;

     k.     By violating Mississippi Code Annotated section 63-3-1201 for reckless driving;

     l.     By violating various other Mississippi state statutes and rules of the road and violations of the Federal Motor Carrier Safety Regulations; and

     m.     any other general acts of negligence that may exist but may not be known until discovery.

23.     Plaintiff alleges that as a direct and proximate result of the several acts of gross and reckless negligence of Angel R. Sales, she suffered the aforesaid injuries and damages.

## **DAMAGES**

24.     As a proximate result of the negligence of Angel R. Sales, Plaintiff has suffered damages, including but not limited to:

     a.     Past, present, and future physical injuries;

     b.     Past, present, and future pain and suffering;

     c.     Past, present, and future mental anguish;

     d.     Past, present, and future medical bills and expenses;

     e.     Lost earnings/wages (past and future);

     f.     Loss of earning capacity;

     g.     Past, present, and future loss of enjoyment of life;

     h.     Permanent physical impairment and/or permanent disfigurement;

i.      Rental and travel expenses; and

j.      Other elements of damages developed during discovery and/or demonstrated with particularity at the trial of this matter.

25.    Plaintiff is also entitled to punitive damages due to the failure of NATIONAL GENERAL INSURANCE COMPANY to tender its full coverage limits with malice or gross negligence in disregard of the Plaintiff's rights, when it had no arguable or legitimate basis to not pay the full amount of insurance coverage available.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, sues and demands judgment of and from the Defendant, NATIONAL GENERAL INSURANCE COMPANY, and requests this Honorable Court award damages against the Defendant to the Plaintiff for accrued and future medical expenses, physical injuries, past pain, suffering and mental anguish, accrued medical expenses, lost earnings, rental and travel expenses, and other damages both general and specific, in an amount to be determined, and punitive damages, reasonably believed to be in excess of this Court's jurisdictional minimum. Plaintiff prays for general relief along with all attorney's fees, costs, and expenses incurred in bringing this action, and such other relief as this Honorable Court deems just.

This the ___10th___ day of ___July___, 2023.

Respectfully Submitted,
NICOLE L. WHEAT

By:_____
LAUREN E. CAVALIER
Attorney for Plaintiff

OF COUNSEL:

LAUREN CAVALIER (MSB #105114)
lcavalier@dudleydebosier.com
DUDLEY DeBOSIER, APLC
1075 Government St.
Baton Rouge, Louisiana 70802
Telephone:    (225) 478-4242
Facsimile:    (225) 478-4292
ATTORNEY FOR PLAINTIFF

# NATIONAL GENERAL.
#### an *Allstate* company

PO Box 1623 • Winston-Salem, NC 27102-1623

March 01 2023

DUDLEY DEBOSIER APLC
622 BARONNE ST
NEW ORLEANS, LA 70113-1004

RE: Claim Number:  210126601
Date of Loss:    March 26, 2021
Named Insured:  Nicole L Wheat

To whom it may concern,

This is to confirm my recent email about your client, Nicole Wheat.

I have now had the opportunity to review your client's medical records.

Based upon the information provided, I am in the position to offer $36,588 in exchange for a full and final release of the claim. Please give me a call so that we can discuss this further.

Thank you in advance for your cooperation.

*Everardo Valle*
Injury Sr Consultant
On behalf of National General Insurance Company
PO BOX 1623 Winston Salem, NC 27102-1623
Direct (469) 680-0232 • Toll Free (800) 468-3466 • Fax (800) 924-0273

If you are emailing me a claim-specific communication, please send it to CLAIMS@NGIC.COM with the claim number in the subject line. Thank you.

157625184 - MS - 03/11/2016



| From: | Lauren Cavalier |
|-------|-----------------|
| To: | Valle, Everardo |
| Cc: | Kim Litel |
| Subject: | RE: Claim#210126601 - Nicole Wheat |
| Date: | Sunday, March 19, 2023 1:18:00 PM |
| Attachments: | 2023_03_01 ltr from NGIC- offer $36,588.pdf |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image009.png |
| | image011.png |

Mr. Valle,

Your offer on March 1, 2023 was for $36,586.00, which according to our conversation on March 9, 2023, had no consideration for future treatment recommended by Mrs. Wheat's treating physician. Then I receive the email below on March 15, 2023, where you stated that your tender is for $44,328.00, which is the undisputed amount that Mrs. Wheat's claim is worth.

In addition to National General being in bad faith for failing to consider future treatment, National General is now also in bad faith for making an offer of $36,586.00, which according to your email below is less than the undisputed amount that Mrs. Wheat's claim is worth.

You now claiming in the email below that future medical treatment was taken into consideration in your offer, is contrary to the conversation we had on March 9, 2023, wherein you also stated you would not put in writing that National General refused to consider future treatment, presumably because National General is aware that this violates the law in Mississippi.

Being that the cervical medial branch blocks were successful, the next step in treatment recommended by Mrs. Wheat's treating physician is the radiofrequency ablation. Since National General considered the medial branch blocks in their offer, there is no basis for National General to now question the reasonableness and necessity of the radiofrequency ablations.

I will again reiterate our demand for policy limits, which I am giving National General the opportunity to still pay without penalties and attorney's fees associated with National General being in bad faith. This offer will remain open until 5:00pm on March 22, 2023.

Please provide me with a certified copy of Mrs. Wheat's policy in effect on March 26, 2021.

**Lauren Cavalier**
*Trial Attorney*



**DUDLEY DEBOSIER INJURY LAWYERS**
1075 GOVERNMENT STREET ▪ BATON ROUGE, LA 70802
(800) 396- 4333 office ▪ (225) 478-4242 direct ▪ (225) 478- 4292 fax

*"We want to change the way people think about attorneys,*
*one relationship at a time."*



**From:** Valle, Everardo <Everardo.Valle@NGIC.COM>
**Sent:** Wednesday, March 15, 2023 1:30 PM
**To:** Lauren Cavalier <LCavalier@dudleydebosier.com>
**Subject:** RE: Claim#210126601 - Nicole Wheat

Ms. Cavalier,

Please be advised that today, 03/15/2023, we have tendered the undisputed amount of $44,328.00. We understand that this is not to be deemed as a full and final settlement, but is to be considered simply as a tender of our offer. Additionally, we tendered the remaining Medical Payments limit of $790.00 on 03/10/2023. A previous payment was made under the Medical Payments coverage to Select Physical Therapy Holdings on 04/15/2021 in the amount of $210.00. This payment was issued prior to your representation of Ms. Wheat.

Regarding your prior email, please note that we did take the future medical treatment into consideration in our evaluation of your client's claim. However, we question the reasonableness and necessity of the future treatment which is why we are unable to meet your present demand. We welcome the opportunity to resolve this matter. Please feel free to contact me if you would like to discuss Ms. Wheat's claim further.

**Everardo Valle**
**Claims Adjuster**
*Po Box 1623*
*Winston-Salem, NC 27102-1623*
Phone: 469.680.0232
Fax: 800.924.0273
Email: Everardo.Valle@NGIC.com

NATIONAL GENERAL
an *Allstate* company

**From:** Lauren Cavalier <LCavalier@dudleydebosier.com>
**Sent:** Thursday, March 9, 2023 10:59 AM
**To:** Valle, Everardo <Everardo.Valle@NGIC.COM>
**Subject:** RE: Claim#210126601 - Nicole Wheat

Mr. Valle,

This email is to confirm our conversation a few moments ago wherein you advised that National General Insurance Company is <u>NOT</u> considering the future medical treatment recommended by Mrs. Nicole Wheat's treating physician in the evaluation of Mrs. Wheat's claim. National General Insurance Company's explicit refusal to consider future treatment shows National General Insurance's Company's failure to act in good faith and fair dealing and puts National General Insurance Company in bad faith. If my understanding of this conversation is incorrect in any way, please promptly respond to this email stating so.

At this time, National General Insurance Company still has the opportunity to resolve Mrs. Wheat's claim for the full policy limits, including medical payments coverage. This offer will remain open until Wednesday March 15, 2023. If at that time, this offer is rejected or unresponded to, then Mrs. Wheat's demand for policy limits will be revoked and we will proceed with litigation. Please note, any counter-offer is deemed a rejection of the policy limits demand.

Please provide me with a certified copy of Mrs. Wheat's policy in effect on March 26, 2021.

**Lauren Cavalier**
*Trial Attorney*

**DUDLEY DEBOSIER INJURY LAWYERS**
1075 GOVERNMENT STREET • BATON ROUGE, LA 70802
(800) 396- 4333 office • (225) 478-4242 direct • (225) 478- 4292 fax

*"We want to change the way people think about attorneys,*
*one relationship at a time."*

     

**From:** Valle, Everardo <Everardo.Valle@NGIC.COM>
**Sent:** Wednesday, March 8, 2023 11:21 AM
**To:** Lauren Cavalier <LCavalier@dudleydebosier.com>
**Subject:** RE: Claim#210126601 - Nicole Wheat

Sure, I'm avail all day till 5. Give me a call whenever you have a minute

**Everardo Valle**
Claims Adjuster

*Po Box 1623*
*Winston-Salem, NC 27102-1623*
Phone: 469.680.0232
Fax: 800.924.0273
Email: Everardo.Valle@NGIC.com

NATIONAL GENERAL
an *Allstate* company

**From:** Lauren Cavalier <LCavalier@dudleydebosier.com>
**Sent:** Tuesday, March 7, 2023 7:06 PM
**To:** Valle, Everardo <Everardo.Valle@NGIC.COM>
**Subject:** RE: Claim#210126601 - Nicole Wheat

Everado,

Do you have time to discuss this tomorrow? It looks like you might be missing some information and/or medical bills.

**Lauren Cavalier**
*Trial Attorney*

**DUDLEY DEBOSIER INJURY LAWYERS**
1075 GOVERNMENT STREET ▪ BATON ROUGE, LA 70802
(800) 396- 4333 office ▪ (225) 478-4242 direct ▪ (225) 478- 4292 fax

*"We want to change the way people think about attorneys,*
*one relationship at a time."*

     

**From:** Valle, Everardo <Everardo.Valle@NGIC.COM>
**Sent:** Wednesday, March 1, 2023 11:20 AM
**To:** Lauren Cavalier <LCavalier@dudleydebosier.com>
**Subject:** RE: Claim#210126601 - Nicole Wheat

Please find UIM offer for your client Nicole Wheat.

**Everardo Valle**
Claims Adjuster
*Po Box 1623*
*Winston-Salem, NC 27102-1623*
Phone: 469.680.0232
Fax: 800.924.0273
Email: Everardo.Valle@NGIC.com

NATIONAL GENERAL
an *Allstate* company

**From:** Lauren Cavalier <LCavalier@dudleydebosier.com>
**Sent:** Friday, February 24, 2023 9:52 AM
**To:** Valle, Everardo <Everardo.Valle@NGIC.COM>
**Subject:** RE: Claim#210126601 - Nicole Wheat

Everado,

I keep reaching out for an offer on this case. The demand was sent out over two months ago and authority was requested over a month ago. If I don't have a response by next week, I am going to have to file suit in order to try to get this claim resolved.

**Lauren Cavalier**
*Trial Attorney*

**DUDLEY DEBOSIER INJURY LAWYERS**
1075 GOVERNMENT STREET • BATON ROUGE, LA 70802
(800) 396- 4333 office • (225) 478-4242 direct • (225) 478- 4292 fax

*"We want to change the way people think about attorneys,
one relationship at a time."*

     

**From:** Lauren Cavalier
**Sent:** Wednesday, February 8, 2023 1:46 PM
**To:** 'Valle, Everardo' <Everardo.Valle@NGIC.COM>
**Subject:** RE: Claim#210126601 - Nicole Wheat

Everado,

I am still waiting on an offer on this claim. This demand was sent almost 2 months ago.

**Lauren Cavalier**
*Trial Attorney*

**DUDLEY DEBOSIER INJURY LAWYERS**
1075 GOVERNMENT STREET • BATON ROUGE, LA 70802
(800) 396- 4333 office • (225) 478-4242 direct • (225) 478- 4292 fax

*"We want to change the way people think about attorneys,
one relationship at a time."*



**From:** Lauren Cavalier
**Sent:** Tuesday, January 31, 2023 1:38 PM
**To:** Valle, Everardo <Everardo.Valle@NGIC.COM>
**Subject:** RE: Claim#210126601 - Nicole Wheat

Everado- do you have a policy limits offer on this? Thanks!

**Lauren Cavalier**
*Trial Attorney*

**DUDLEY DEBOSIER INJURY LAWYERS**
1075 GOVERNMENT STREET • BATON ROUGE, LA 70802
(800) 396- 4333 office • (225) 478-4242 direct • (225) 478- 4292 fax

*"We want to change the way people think about attorneys,*
*one relationship at a time."*



**From:** Lauren Cavalier
**Sent:** Wednesday, January 25, 2023 3:35 PM
**To:** Valle, Everardo <Everardo.Valle@NGIC.COM>
**Subject:** RE: Claim#210126601 - Nicole Wheat

Here you go

**Lauren Cavalier**
*Trial Attorney*

**DUDLEY DEBOSIER INJURY LAWYERS**
1075 GOVERNMENT STREET • BATON ROUGE, LA 70802
(800) 396- 4333 office • (225) 478-4242 direct • (225) 478- 4292 fax

*"We want to change the way people think about attorneys,*
*one relationship at a time."*



**From:** Valle, Everardo <Everardo.Valle@NGIC.COM>
**Sent:** Wednesday, January 25, 2023 2:49 PM
**To:** Lauren Cavalier <LCavalier@dudleydebosier.com>
**Subject:** RE: Claim#210126601 - Nicole Wheat

Hey Lauren I just called and left you a vm.
Can you please send over the offer and dec sheet from the adverse carrier. It says on the demand
that it would be attached but I wasn't able to find it anywhere. Thanks!

**Everardo Valle**
Claims Adjuster
*Po Box 1623*
*Winston-Salem, NC 27102-1623*
Phone: 469.680.0232
Fax: 800.924.0273
Email: Everardo.Valle@NGIC.com

NATIONAL GENERAL
an *Allstate* company

**From:** Lauren Cavalier <LCavalier@dudleydebosier.com>
**Sent:** Monday, January 23, 2023 11:07 AM
**To:** Valle, Everardo <Everardo.Valle@NGIC.COM>
**Subject:** RE: Claim#210126601 - Nicole Wheat

Everado,

Following up on this one. Do you have authority for policy limits on Nicole Wheat?

**Lauren Cavalier**
*Trial Attorney*

**DUDLEY DEBOSIER INJURY LAWYERS**
1075 GOVERNMENT STREET ▪ BATON ROUGE, LA 70802
(800) 396- 4333 office ▪ (225) 478-4242 direct ▪ (225) 478- 4292 fax

*"We want to change the way people think about attorneys,*
*one relationship at a time."*

     

**From:** Valle, Everardo <Everardo.Valle@NGIC.COM>
**Sent:** Tuesday, January 17, 2023 2:07 PM

**To:** Lauren Cavalier <LCavalier@dudleydebosier.com>
**Subject:** RE: Claim#210126601 - Nicole Wheat

Hey Lauren, authority has been requested for your client/our insured Nicole Wheat. We should have an offer before the end of this week. Wanted to give you an update for this file. Thanks!

**Everardo Valle**
Claims Adjuster
*Po Box 1623*
*Winston-Salem, NC 27102-1623*
Phone: 469.680.0232
Fax: 800.924.0273
Email: Everardo.Valle@NGIC.com

NATIONAL GENERAL
an *Allstate* company

**From:** Lauren Cavalier <LCavalier@dudleydebosier.com>
**Sent:** Tuesday, January 10, 2023 1:27 PM
**To:** Valle, Everardo <Everardo.Valle@NGIC.COM>
**Subject:** RE: Claim#210126601 - Nicole Wheat

WARNING:

This Message came from an external source. Please exercise caution when opening any attachments or clicking on links.

Everado,

Just wanted to follow up on the status of a UM offer on Nicole Wheat. Also, I am attaching a bill for Northlake Anesthesiologist. We were having trouble getting this and it looks like they only provided us with the billing for one of the branch block procedures. However, you should have enough as is for a policy limits tender.

Thanks,

**Lauren Cavalier**
*Trial Attorney*

**DUDLEY DEBOSIER INJURY LAWYERS**
1075 GOVERNMENT STREET • BATON ROUGE, LA 70802
(800) 396- 4333 office • (225) 478-4242 direct • (225) 478- 4292 fax

*"We want to change the way people think about attorneys,
one relationship at a time."*



**From:** Valle, Everardo <Everardo.Valle@NGIC.COM>
**Sent:** Monday, December 12, 2022 10:58 AM
**To:** Lauren Cavalier <LCavalier@dudleydebosier.com>
**Subject:** Claim#210126601 - Nicole Wheat

We received several faxes, partial demand for your client and our insured Nicole Wheat. The initial letter states the fax is 477 pages long but the most we received were 67 pages in a fax. Can you please email the complete demand to this email (Everardo.Valle@ngic.com) or to claims@ngic.com. Thanks!

**Everardo Valle**
Claims Adjuster
*Po Box 1623*
*Winston-Salem, NC 27102-1623*
Phone: 469.680.0232
Fax: 800.924.0273
Email: Everardo.Valle@NGIC.com

NATIONAL GENERAL
an *Allstate* company

FEE BILL, CIVIL CASES, CIRCUIT COURT

State of Mississippi
Hancock County

WHEAT VS NATIONAL GENERAL INSURANCE CO

Case # 23-0119          Acct #          Paid By CHECK 473088    Rct#  36044
------------------------------------------------------------------------------
```
                    CLERK'S FEES                      85.00
                    JURY TAX                           3.00
                    COURT REPORTERS FEE               10.00
                    LAW LIBRARY                        2.50
                    COURT ADMINISTRATOR                2.00
                    STATE CT ED FUND                   2.00
                    COURT CONSTITUENTS                  .50
                    ELECTRONIC COURT                  10.00
                    LEGAL ASSISTANCE                   5.00
                    JUDICIAL FUND-JUDGE RAISE         40.00
                    ARCHIVE FEE                        1.00
```

```
                                            ===========
                                 Total   $    161.00
```
------------------------------------------------------------------------------


Payment received from DUDLEY DEBOSIER
                      1075 GOVERNMENT STREET

               BATON ROUGE      LA 70802

Transaction   55979 Received  7/24/2023 at 16:10 Drawer   1 I.D. JASON

Current Balance Due         $0.00              Receipt Amount $    161.00

    By _____D.C.   KENDRA NECAISE, Circuit Clerk


Case # 23-0119          Acct #          Paid By CHECK 473088    Rct#  36044

# D

## DUDLEY DEBOSIER
### INJURY LAWYERS

**LAURENE. CAVALIER,** Attorney
(225) 478-4242 Direct Dial
(225) 478-4292 Facsimile
LCavalier@DudleyDeBosier.com
**LIDYA VIDOT,** Assistant
(225) 239-7243 Direct Dial
(225) 239-7293 Facsimile
lvidot@DudleyDeBosier.com

BATON ROUGE
NEW ORLEANS
SHREVEPORT
LAFAYETTE
DENHAM SPRINGS

1075 Government Street
Baton Rouge, Louisiana 70802

**July 10, 2023**

**VIA CERTIFIED MAIL**
9402611898765419769208

Hancock County Circuit Clerk
152 Main St., Ste. B
Bay St, Louis, MS 39520

RE:    Nicole Wheat
**NEW COMPLAINT**

Dear Clerk of Court:

Please find enclosed herewith the original and one (1) copy of the Complaint, as well as one (1) Summons in regard to the above referenced matter.

Furthermore, please file the original(s) into the record and return for Defendant, **National General Insurance Company,** a stamped filed copy of the Complaint and the Summons via first-class mail in the self-addressed envelope being provided for your convenience.

Per your request, please find enclosed herewith, our firm check no. 473088 in the amount of $161.00 in payment of filing and service fees.

Thank you for your assistance in this matter. If you should have any questions, please do not hesitate to contact me.

Sincerely,

Lauren E. Cavalier

LEC/lv
**Enclosures**

FILED
JUL 2 1 2023
KENDRA NECAISE
CIRCUIT CLERK, HANCOCK CO.
BY _____ D.C.

## IN THE CIRCUIT COURT OF
## HANCOCK COUNTY, MISSISSIPPI

**NICOLE L. WHEAT**                                        **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO.** 2J-0118

**NATIONAL GENERAL INSURANCE COMPANY**            **DEFENDANT**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   **NATIONAL GENERAL INSURANCE COMPANY**
through its registered agent:
United States Corporation Company
109 Executive Drive, Suite 3
Madison, Mississippi 39110

## NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the
Complaint to Lauren Cavalier of Dudley DeBosier Injury Lawyers, the attorney for
Plaintiff), whose post office address and street address is 1075 Government Street, Baton
Rouge, LA 70802. Your response must be mailed or delivered within (30) days from the
date of delivery of this summons and complaint or a judgment by default will be entered
against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within
a reasonable time afterward.

Issued under my hand and the seal of said Court, this __21__ day of __July__ 2023.

Clerk   of   Hancock   County,
Mississippi

_Kendra Necaise_

(Seal)